### (March 18, 1970)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER L. KULZER, Appellant, v. WALTER M. WALLACK, as Warden of Wallkill Prison, Respondent. — Appeal dismissed, without costs, on the ground that relator has been released on parole (see *People ex rel. Wilder* v. *Markley*, 26 N Y 2d 648). Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARVIN ELWOOD DEPUY, Appellant.— Application for permission to proceed as a poor person and for assignment of counsel denied upon the ground no timely appeal was taken, without prejudice to an application in the nature of a writ of error *coram nobis* to the trial court to set aside the sentence upon the ground that defendant was unlawfully deprived of his right to appeal. Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.